IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 21-978 |
| | ) |
| $19, 379.00 IN UNITED STATES CURRENCY, and | ) |
| $17,900.900 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

AND NOW, this 28th day of December, 2021, after the Plaintiff, United States of America, filed an action in the above-captioned case, and after a Report and Recommendation was filed by United States Magistrate Judge Patricia L. Dodge granting the parties until December 23, 2021, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Doc. No. [9]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Judgment and Final Order of Forfeiture of Property (Doc. No. [8]) is GRANTED and that the $19,379.00 in United States currency and $17,900.00 in United States currency, delineated by asset identification numbers 21-DEA-674931 and 21-DEA-674932 are forfeited to the United States of America free and clear of all right, title and interest of any person or entity. The Clerk shall mark this case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/Robert J. Colville
United States District Judge

cc: Honorable Patricia L. Dodge
United States Magistrate Judge

All Counsel of Record by electronic filing